WILLIAM H. LYON *et al.*, Appellants, *v.* JAMES M. DAVIS *et al.*, Respondents.

*Supreme Court, First Department, General Term, November 7, 1889.*

*Place of trial. Change.*—The place of trial will be changed in order to accommodate a majority of the witnesses to be examined on the trial, to the county where the moving party resides and the cause of action arose.

Appeal from order changing place of trial.

*John B. Green*, for appellants.

*H. H. Hustis*, for respondents.

VAN BRUNT, P. J.—An examination of the papers in this case fails to disclose any error made by the court below in changing the place of trial.

That the convenience of a majority of such of the witnesses who are sworn to in the affidavits as will be examined in the trial will be consulted by having the trial in Dutchess county, where the defendants reside, and where the cause of action, if any, arose, seems to be established with reasonable certainty.

The order appealed from should be affirmed, with costs.

DANIELS and BRADY, JJ., concur.